# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

THOMAS M. DIXON,

          Plaintiff,

v.

MICHAEL JUHOLA,

          Defendant.

Case No. 2:17-cv-778
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 20, 2018. (ECF No. 22.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** the Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner of Social Security's decision.

     **IT IS SO ORDERED.**

10-30-2018
_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE